# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CONVERGE, INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 06-15247 |
| v. | Honorable PAUL D. BORMAN |
| TOPY AMERICA, INC., | |
| Defendant. / | |

■ **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant is awarded a judgment of $160,303.78 along with reasonable costs and attorney fees.


Date  10/1/07              David Weaver, Clerk of Court


                            s/Denise Goodine
                            Deputy Clerk