# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CONVERGE, INC.,

            Plaintiff,

v.

TOPY AMERICA, INC.,

            Defendant.
                                                    /

AMENDED JUDGMENT
IN A CIVIL CASE

Case Number: 06-15247

Honorable PAUL D. BORMAN

■ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff is awarded a judgment of $160,303.78 along with reasonable costs and attorney fees.

Date   10/2/07  

David Weaver, Clerk of Court

s/Denise Goodine
Deputy Clerk